## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

CYNTHIA BOSS,

              Plaintiff,

v.

FEDERAL HOUSING FINANCE AGENCY,
FEDERAL NATIONAL MORTGAGE
ASSOCIATION, and SANTANDER BANK,
N.A.,

              Defendants.

C.A. No. 1:17-cv-00042-M-LDA

## **STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to DRI LR 29(b), Plaintiff, Cynthia Boss ("Plaintiff"), and Defendants, Federal Housing Finance Agency, Federal National Mortgage Association, and Santander Bank, N.A. (collectively, "Defendants"), hereby stipulate that Defendants are granted an additional sixty (60) days, up to and including June 2, 2017, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

CYNTHIA BOSS,

By Her Attorneys,


 /s/ Jeffrey C. Ankrom
Jeffrey C. Ankrom, Bar No. 7663
Steven M. Fischbach, Bar No. 3259
RHODE ISLAND LEGAL SERVICES, INC.
56 Pine Street
Suite 400
Providence, RI 02903
Telephone: (401) 272-2652
Facsimile: (401) 453-0310
jankrom@rils.org
steve.fischbach@gmail.com

FEDERAL HOUSING FINANCE AGENCY
and FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

By Their Attorneys,


 /s/ Ethan Z. Tieger
Samuel C. Bodurtha, Bar No. 7075
Ethan Z. Tieger, Bar No. 9308
HINSHAW & CULBERTSON LLP
321 South Main Street
Suite 301
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 751-0072
sbodurtha@hinshawlaw.com
etieger@hinshawlaw.com


SANTANDER BANK, N.A.,

By Its Attorneys,


 /s/ Matthew A. Kane
Matthew A. Kane, Bar No. 8807
LAREDO & SMITH, LLP
101 Federal Street
Suite 650
Boston, MA 02110
Telephone: (617) 443-1100
kane@laredosmith.com


Dated:    March 31, 2017

34743532v1 0995019

## **CERTIFICATE OF SERVICE**

I, Ethan Z. Tieger, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 31, 2017.

*/s/ Ethan Z. Tieger*
Ethan Z. Tieger

34743532v1 0995019