UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CYNTHIA BOSS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, FEDERAL NATIONAL MORTGAGE ASSOCIATION, and SANTANDER BANK, N.A.,<br><br>　　　　Defendants. | C.A. No. 1:17-cv-00042-M-LDA |

## JOINT STATUS REPORT AND REQUEST FOR STAY

In advance of the Defendants, Federal Housing Finance Agency, Federal National Mortgage Association, and Santander Bank, N.A.'s ("Santander") (collectively, "Defendants"), June 2, 2017 deadline to respond to Plaintiff, Cynthia Boss' ("Plaintiff"), Complaint, Defendants and Plaintiff (collectively, the "Parties") hereby submit the following Joint Status Report and Request for Stay.

The Parties report they are currently engaged in settlement discussions to fully resolve the pending matter. These discussions include, *inter alia*, Santander's review of Plaintiff's mortgage loan for loss mitigation. While these discussions are ongoing, the Parties request a stay of litigation and an extension of time for Defendants to respond to Plaintiff's Complaint by sixty (60) days, or up to and including, August 1, 2017. All Parties have joined this Request.

WHEREFORE, based on the Parties' settlement discussions, the Parties jointly move for an extension of time for Defendants to respond to the Complaint by sixty days, from June 2, 2017 to August 1, 2017.

Respectfully submitted,

| | |
|---|---|
| CYNTHIA BOSS,<br><br>By Her Attorneys,<br><br>/s/ *Jeffrey C. Ankrom*<br>Jeffrey C. Ankrom, Bar No. 7663<br>Steven M. Fischbach, Bar No. 3259<br>RHODE ISLAND LEGAL SERVICES<br>56 Pine Street<br>Suite 400<br>Providence, RI 02903<br>Telephone: (401) 272-2652<br>Facsimile: (401) 453-0310<br>jankrom@rils.org<br>steve.fischbach@gmail.com | FEDERAL HOUSING FINANCE AGENCY and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>By Their Attorneys,<br><br>/s/ *Ethan Z. Tieger*<br>Samuel C. Bodurtha, Bar No. 7075<br>Ethan Z. Tieger, Bar No. 9308<br>HINSHAW & CULBERTSON LLP<br>321 South Main Street<br>Suite 301<br>Providence, RI 02903<br>Telephone: (401) 751-0842<br>Facsimile: (401) 751-0072<br>sbodurtha@hinshawlaw.com<br>etieger@hinshawlaw.com |

SANTANDER BANK, N.A.,

By Its Attorneys,

/s/ *Matthew A. Kane*
Matthew A. Kane, Bar No. 8807
LAREDO & SMITH, LLP
101 Federal Street
Suite 650
Boston, MA 02110
Telephone: (617) 443-1100
kane@laredosmith.com


Dated:      June 1, 2017

300015740v1 0995019

## CERTIFICATE OF SERVICE

I, Ethan Z. Tieger, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 1, 2017.

*/s/ Ethan Z. Tieger*
Ethan Z. Tieger

300015740v1 0995019