**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CYNTHIA BOSS,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, FEDERAL NATIONAL MORTGAGE ASSOCIATION, and SANTANDER BANK, N.A.,<br><br>      Defendants. | C.A. No. 1:17-cv-00042-M-LDA |

**PLAINTIFF'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

      Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff Cynthia Boss hereby requests this Court enlarge the time in which Plaintiff must respond to the motion for judgment on the pleadings filed by the Defendants Federal Housing Finance Agency and Federal National Mortgage Association on or about December 15, 2017. The Plaintiff respectfully requests that she be permitted up to and including January 12, 2018, to prepare her objection to this motion. Counsel for the Defendants consent to this extension of time.

Dated: December 19, 2017

                                                Respectfully submitted,
                                                Cynthia Boss
                                                By Her Attorney,

                                                /s/ Jeffrey C. Ankrom, Esq.
                                                Jeffrey C. Ankrom, Esq. (#7663)
                                                Rhode Island Legal Services
                                                56 Pine Street, Suite 400
                                                Providence, RI, 02903
                                                (401) 274-2652, ext. 138
                                                (401) 453-0310 fax
                                                jankrom@rils.org

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent to all counsel of record on December 19, 2017.

/s/ Jeffrey C. Ankrom

300801270v1 0995019